IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF MONTANA
MISSOULA DIVISION

| | |
|---|---|
| JUDITH KITTS,<br><br>        Plaintiff,<br><br>vs.<br><br>WALMART INC. f/k/a WAL-MART STORES, INC.; WAL-MART STORES EAST, LP; WAL-MART ESTATE BUSINESS TRUST; and JOHN DOES 1-3,<br><br>        Defendants. | CV 25-19-M-KLD<br><br><br>ORDER |

The parties have filed a joint Stipulation of Dismissal with Prejudice. (Doc. 17). The parties request that this Court dismiss the above-captioned matter with prejudice, with each party to bear its own costs and fees. Accordingly,

IT IS ORDERED that the above-captioned matter is DISMISSED WITH PREJUDICE, with each party to bear its own costs and fees.

//

//

//

1

The Clerk of Court is directed to close the case file.

DATED this 6th day of June, 2025.

_____
Kathleen L. DeSoto
United States Magistrate Judge

2